IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WILL INGRAM, | * |
| Plaintiff | * |
| vs. | * |
| ROBERT CASH, *et al.*, | CASE NO. 3:06-CV-10 (CDL) |
| | * |
| Defendant | * |
| | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 1, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 30th day of May, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE